Mimiaga Matthew James

4605 Lankershim Boulevard Suite 540

Los Angeles, CA 91602