| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Zheng "Andy" Liu (SBN 279327)<br>Aptum Law<br>1660 S Amphlett Blvd Suite 315<br>San Mateo, CA 94402<br>Tel.: (650) 475-6289<br>Email: Andy.Liu@AptumLaw.us | |
| ☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Hao Zheng | CASE NO.: 2:26-bk-15344-NB<br><br>CHAPTER: 7 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 1  sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __06/01/2026_____    _Hao Zheng_____
                                                     Signature of Debtor 1

Date: _____    _____
                                                     Signature of Debtor 2 (joint debtor) (if applicable)

Date: __06/01/2026_____    ___Zheng Liu_____
                                                     Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California