| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Chase T. Tajima (SBN 304063)<br>chase@tajimallp.com<br>Patrick Y. Yoo (SBN 302282)<br>patrick@tajimallp.com<br>4605 Lankershim Blvd. Suite 540<br>Los Angeles, CA 91602<br>(323) 487-1101 | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Matthew Mimiaga

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Hao Zheng | CASE NO.: 2:26-bk-15344-NB |
|---|---|
| | CHAPTER: 7 |
| | **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
| Debtor(s). | |

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a.  Title of motion: <u>Motion for Relief from Automatic Stay, and Motion for Remand to California Superior Court</u>

    b.  Date of filing of motion: <u>6/10/2026</u>

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

    a.  Briefly specify the relief requested in the motion:

    Seeking an order lifting the automatic stay and an order remanding M.M. v. Hao Zheng, et al. (Los Angeles County Superior Court Case No. 24STCV17698; Adversary Proceeding) back to the LASC.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

b.   Identify the parties affected by the relief requested in the motion:

- Movant M. Mimiaga is a plaintiff and cross defendant in M.M. v. Hao Zheng, et al. (Los Angeles County Superior Court Case No. 24STCV17698).
- Debtor Hao Zheng is a defendant and cross complainant in the superior court case.
- Defendant H&V Residence Assoc. has settled out. Good faith settlement motion pending.

c.   State the reasons necessitating a hearing on shortened time:

The case has been pending for nearly two years since July 2024. Movant Mimiaga submitted all trial evidence and binders while Debtor Zheng proffered no evidence or argument in violation of local rules. Mimiaga was on the verge of a plaintiff verdict. Significant trial preparations have already occurred. One day before the May 29, 2026, Final Status Conference, Debtor Zheng filed a Chapter 7 petition and provided notice of automatic stay. The LASC judge allowed the trial on the Debtor's cross complaint to proceed to trial as scheduled on June 9, 2026. Trial was to commence as of June 9, 2026, but the morning of trial, Debtor Zheng filed a notice of removal to adversary proceeding solely to halt a trial on his own cross claims against Movant Mimiaga. Shortened notice is necessary to allow the LASC trial to proceed on both the complaint and cross complaint, by granting a motion for relief from automatic stay and remand.

3.   Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4.   Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER .SHORT.NOTICE

Date: <u>6/10/2026</u>

<u>Tajima LLP</u>
Printed name of law firm

<u>Signature of Individual Movant or attorney for Movant</u>

<u>Chase Tajima</u>
Printed name of individual Movant or attorney for Movant

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

  4605 LANKERSHIM BLVD., SUITE 540, LOS ANGELES, CA 91602

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served ~~(a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and~~ **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _06/10/2026_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  Andy.Liu@AptumLaw.us ; ustpregion15.la.ecf@usdoj.gov ; 4662851420@filings.docketbird.com ;
  bjliuzheng@recap.email ; hkoscarlam@gmail.com
  sleslie@trusteeleslie.com ; trustee@trusteeleslie.com ; C195@ecfcbis.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _06/10/2026_ | _Chase T. Tajima_ | |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.