Chase T. Tajima (SBN 304063)
chase@tajimallp.com
Patrick Y. Yoo (SBN 302282)
patrick@tajimallp.com
**TAJIMA LLP**
4605 Lankershim Blvd., Suite 540
Los Angeles, California 91602
Telephone: (323) 487-1101

Attorneys for Creditor
M.M. (also known as Matthew Mimiaga)

# CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT, LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>    HAO ZHENG,<br><br>    Debtor | Case No. 2:26-bk-15344-NB<br>Case No. 2:26-ap-01138-NB<br><br>**NOTICE OF LODGMENT OF PROPOSED ORDER GRANTING M.M.'S APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** |

Case No. 2:26-bk-15344-NB
Case No. 2:26-ap-01138-NB

NOTICE OF LODGMENT OF PROPOSED ORDER GRANTING MATTHEW MIMIAGA'S MOTION FOR RELIEF FROM AUTOMATIC STAY

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE CHAPTER 7 TRUSTEE, THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on June 10, 2026 Creditor M.M. (also known as Matthew Mimiaga) has lodged with the Court, through the Court's Lodged Order Upload procedure, a proposed order entitled "Order Granting Application and Setting Hearing on Shortened Notice" (Form F 9075-1.1.ORDER.SHORT.NOTICE) in the Bankruptcy Action.

The proposed order relates to M.M.'s Application for Order Setting Hearing on Shortened Time by which M.M. seeks to set the hearings on his (1) Motion for Relief from Automatic Stay and (2) Motion to Remand for dates and times in the week of June 15, 2026.

Dated: June 10, 2026                              TAJIMA LLP

                                                  _____
                                                  Chase T. Tajima
                                                  Attorneys for Matthew Mimiaga

Case No. 2:26-bk-15344-NB                              1

NOTICE OF LODGMENT OF PROPOSED ORDER GRANTING MATTHEW MIMIAGA'S MOTION FOR RELIEF FROM AUTOMATIC STAY

TAJIMA LLP
Los Angeles

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 4605 LANKERSHIM BLVD., SUITE 540, LOS ANGELES, CA 91602

A true and correct copy of the foregoing document entitled (*specify*): _____
 NOTICE OF LODGMENT OF PROPOSED ORDER GRANTING M.M.'S APPLICATION FOR ORDER SETTING
 HEARING ON SHORTENED NOTICE
_____
will be served or was served ~~(a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and~~ **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/10/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

 Andy.Liu@AptumLaw.us , 4662851420@filings.docketbird.com , bjliuzheng@recap.email , hkoscarlam@gmail.com
 sleslie@trusteeleslie.com , trustee@trusteeleslie.com , C195@ecfcbis.com

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 06/10/2026 | Chase T. Tajima | |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**