Chase T. Tajima (SBN 304063)
chase@tajimallp.com
Patrick Y. Yoo (SBN 302282)
patrick@tajimallp.com
**TAJIMA LLP**
4605 Lankershim Blvd., Suite 540
Los Angeles, California 91602
Telephone: (323) 487-1101

Attorneys for Creditor/Movant
M.M. (also known as Matthew Mimiaga)

## CENTRAL DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT, LOS ANGELES DIVISION

IN RE:

    HAO ZHENG,

    Debtor

Case No. 2:26-bk-15344-NB
Case No. 2:26-ap-01138-NB

**M.M.'S NOTICE OF HEARING ON SHORTENED TIME RE MOTION FOR RELIEF FROM AUTOMATIC STAY**

| | |
|---|---|
| Date: | June 16, 2026 |
| Time: | 10:00 a.m. |
| Courtroom: | 1545 |

**TO DEBTOR HAO ZHENG, CHAPTER 7 TRUSTEE SAM S. LESLIE, THE UNITED STATES TRUSTEE, ALL CREDITORS, AND ALL PARTIES IN INTEREST, AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that pursuant to the Court's Order Granting Application and Setting Hearing on Shortened Notice ("Order") entered on June 11, 2026, a hearing has been set on shortened notice on M.M.'s Motion for Relief from Automatic Stay in this bankruptcy proceeding, before the Hon. Neil Bason in Courtroom 1545 of the above-entitled Court **for June 16, 2026 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that a copy of the Order is served with this Notice. The Order sets forth the hearing date, time, courtroom, permitted methods of appearance, service requirements, and other requirements applicable to the hearing.

**MANNER OF APPEARANCE**

Hearings in Judge Bason's courtroom are conducted simultaneously:

1. **In Person** in Courtroom 1545 of the above-entitled court, located at 255 East Temple Street, Los Angeles, CA 90012, unless the Court has been closed;

2. By **Zoomgov video;** and

3. By **Zoomgov telephone**.

Parties may choose any of these appearance options. Per the Order, instructions for appearing by ZoomGov will be set forth in the tentative ruling that will be posted for the first matter of the calendar. CourtCall will not connect to this hearing.

**SERVICE OF NOTICE, ORDER, AND MOVING PAPERS**

Pursuant to the Order, written notice of the hearing and a copy of the Order must be served by June 12, 2026 on the parties identified in the Order for expedited service, including all secured creditors, the debtor and debtor's attorney, any landlords, any trustee or, if there is no trustee, the 20 largest general unsecured creditors, and any person directly affected by the motion.

**OPPOSITION AND FURTHER PROCEEDINGS**

The Order provides that opposition to the motion may be made orally at the

TAJIMA LLP
Los Angeles

Case No. 2:26-bk-15344-NB                                     1

M.M.'S NOTICE OF HEARING ON SHORTENED NOTICE RE MOTION FOR RELIEF FROM AUTOMATIC STAY;

hearing. Parties should review the Order and any applicable tentative ruling, local rules, and Court instructions for any additional requirements.

## DOCUMENTS SERVED WITH THIS NOTICE

The following documents are served with this Notice:

1. **Order Granting Application and Setting Hearing on Shortened Notice**, entered June 11, 2026 .[bk ECF No. 24].

2. **Motion for Relief from Automatic Stay; Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay; Supplemental Declaration of Chase T. Tajima in Support of Motion for Relief from Automatic Stay**. [bk ECF Nos. 18-20, including exhibits]

Dated:  June 12, 2026 TAJIMA LLP

Chase T. Tajima
Attorneys for Creditor/Movant
M.M. (also known as Matthew Mimiaga)