Language Access
[English ⌄]

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

**CASE INFORMATION:**   24STCV17698

**Case Title:**   M. M. VS HAO ZHENG, ET AL.

**Filing Courthouse:**   Stanley Mosk Courthouse

**Filing Date:**   7/16/2024

**Case Type:**   Other Personal Injury/Property Damage/Wrongful Death (General Jurisdiction)

**Status:**   Pending

Click here to access document images for this case.

If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

[🖨 Print]   [New Search]

# FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | | | | |
|---|---|---|---|---|
| **7/14/2026** | 08:30 | Department 311 | 111 North Hill Street, Los Angeles, CA 90012 | Hearing on Motion to Deem Request for Admissions Admitted |
| **11/24/2026** | 08:30 | Department 311 | 111 North Hill Street, Los Angeles, CA 90012 | Non-Appearance Case Review |

# PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | |
|---|---|
| **EISNER GREGORY E.** | Attorney for Plaintiff |
| **GREEN NOAH** | Attorney for Defendant |
| **HOLLYWOOD AND VINE RESIDENCES ASSOCIATION A CALIFORNIA NONPROFIT CORPORATION** | Defendant |
| **HSU JEFF CHIEH** | Attorney for Defendant |
| **LIU ZHENG** | Attorney for Defendant |
| **M. M.** | Plaintiff |
| **M. M.** | Cross-Defendant |
| **TAJIMA CHASE TOMONARI** | Attorney for Plaintiff |
| **YOO PATRICK** | Attorney for Plaintiff |

ZHENG HAO                                                                      Defendant

ZHENG HAO                                                                      Cross-Complainant


## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | | |
|---|---|---|
| 6/10/2026 | Order Proposed Order for Application of Good Faith Settlement | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 6/9/2026 | Notice of Filing of Removal | Filed by Hao Zheng (Defendant) |
| 6/9/2026 | Order Appointing Court Approved Reporter as Official Reporter Pro Tempore | Filed by M. M. (Plaintiff) |
| 6/1/2026 | Notice of Ruling | Filed by M. M. (Cross-Defendant) |
| 5/29/2026 | Certificate of Mailing for (Final Status Conference) of 05/29/2026 | Filed by Clerk |
| 5/29/2026 | Minute Order (Final Status Conference) | Filed by Clerk |
| 5/29/2026 | Order Appointing Court Approved Reporter as Official Reporter Pro Tempore | Filed by M. M. (Plaintiff) |
| 5/28/2026 | Notice of Stay of Proceedings (Bankruptcy) | Filed by Hao Zheng (Defendant) |
| 5/28/2026 | Request for Dismissal | Filed by M. M. (Plaintiff) |
| 5/26/2026 | Declaration OF PATRICK Y. YOO IN SUPPORT OF M.M.S MOTION FOR PARTIAL DIRECTED VERDICT (WITH PUNITIVE DAMAGES TRIAL REMAINING | Filed by M. M. (Plaintiff) |
| 5/26/2026 | Motion re: FOR PARTIAL DIRECTED VERDICT (WITH PUNITIVE DAMAGES TRIAL REMAINING) 1 ;MEMORANDUM OF POINTS AND AUTHORITIES | Filed by M. M. (Plaintiff) |
| 5/26/2026 | Notice Notice of Errata re Exhibit List and Yoo Declaration | Filed by M. M. (Plaintiff) |
| 5/26/2026 | Proof of Service (not Summons and Complaint) | Filed by M. M. (Plaintiff) |
| 5/26/2026 | Proof of Service (not Summons and Complaint) | Filed by M. M. (Plaintiff) |
| 5/22/2026 | Notice M.M.'s Notice of Errata re Caption on M.M.'s Proposed Additional Voir Dire Questions | Filed by M. M. (Plaintiff) |
| 5/22/2026 | Notice of Lodging 2026.05.22 [M.M. v. Zheng] M.M.'S NOTICE OF LODGING OF TRIAL BINDER | Filed by M. M. (Plaintiff) |
| 5/21/2026 | Exhibit List | Filed by M. M. (Plaintiff) |
| 5/21/2026 | Jury Instructions | Filed by M. M. (Plaintiff) |
| 5/21/2026 | Jury Instructions | Filed by M. M. (Plaintiff) |
| 5/21/2026 | Motion in Limine NOTICE OF MOTION AND MOTION IN LIMINE NO. 1 TO EXCLUDE ALL EVIDENCE AND ARGUMENT CONTRARY TO DEEMED ADMITTED REQUESTS FOR ADMISSION; MEMORANDUM OF POINTS AND AUTHORITIES | Filed by M. M. (Plaintiff); M. M. (Cross-Defendant) |

| | | |
|---|---|---|
| 5/21/2026 | Motion in Limine NOTICE OF MOTION AND MOTION IN LIMINE NO. 2 TO EXCLUDE ZHENG?S WITNESSES AND EVIDENCE FOR FAILING TO MEET AND CONFER | Filed by M. M. (Plaintiff); M. M. (Cross-Defendant) |
| 5/21/2026 | Motion in Limine NOTICE OF MOTION AND MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE AND ARGUMENT THAT COMPENSATORY DAMAGES SHOULD BE LESS THAN WHAT WAS ADMITTED; MEMORANDUM OF POINTS AND AUTHORITIES | Filed by M. M. (Plaintiff); M. M. (Cross-Defendant) |
| 5/21/2026 | Motion in Limine NOTICE OF MOTION AND MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE AND ARGUMENT THAT PUNITIVE DAMAGES ARE NOT WARRANTED; MEMORANDUM OF POINTS AND AUTHORITIES | Filed by M. M. (Plaintiff); M. M. (Cross-Defendant) |
| 5/21/2026 | Motion in Limine NOTICE OF MOTION AND MOTION IN LIMINE NO. 5 TO EXCLUDE DEFENDANT/CROSS-COMPLAINANT FROM INTRODUCING WITNESSES NOT DISCLOSED IN DISCOVERY | Filed by M. M. (Plaintiff); M. M. (Cross-Defendant) |
| 5/21/2026 | Notice PLAINTIFFCROSS-DEFENDANT M.M.S PROPOSED ADDITIONAL VOIR DIRE QUESTIONS | Filed by M. M. (Plaintiff) |
| 5/21/2026 | Statement of the Case | Filed by M. M. (Plaintiff) |
| 5/21/2026 | Trial Brief | Filed by M. M. (Cross-Defendant) |
| 5/21/2026 | Witness List | Filed by M. M. (Plaintiff) |
| 5/20/2026 | Declaration of Patrick Y. Yoo In Support of Opposition to Ex Parte Application to Continue Trial | Filed by M. M. (Plaintiff) |
| 5/20/2026 | Opposition Plaintiff/Cross-Defendant M.M.'s Opposition to Defendant/Cross-Complainant Hao Zheng's Ex Parte Application to Continue Trial | Filed by M. M. (Plaintiff) |
| 5/14/2026 | Application for Determination of Good Faith Settlement | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 5/12/2026 | Minute Order (Status Conference) | Filed by Clerk |
| 5/6/2026 | Status Conference Statement | Filed by M. M. (Plaintiff) |
| 5/4/2026 | Clerks Certificate of Service By Electronic Service | Filed by Clerk |
| 5/4/2026 | Minute Order (Hearing on Motion to Deem Request for Admissions Admitted) | Filed by Clerk |
| 5/4/2026 | Minute Order (Ruling on Submitted Matter) | Filed by Clerk |
| 5/4/2026 | Notice Notice of Status Conference | Filed by M. M. (Plaintiff) |
| 5/1/2026 | Notice Notice of taking hearing off-calendar | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 4/27/2026 | Reply DEFENDANT HOLLYWOOD AND VINE RESIDENCES ASSOCIATION'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DEEM REQUESTS FOR ADMISSION, SET ONE | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |

| 4/21/2026 | Declaration DECLARATION OF PATRICK Y. YOO IN SUPPORT OF OPPOSITION TO DEFENDANT HOLLYWOOD AND VINE RESIDENCES ASSOCIATION?S MOTION FOR JUDGMENT ON THE PLEADINGS | Filed by M. M. (Cross-Defendant) |
| 4/21/2026 | Opposition PLAINTIFF M.M.'S OPPOSITION TO DEFENDANT HOLLYWOOD AND VINE RESIDENCES ASSOCIATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS | Filed by M. M. (Cross-Defendant) |
| 4/21/2026 | Opposition PLAINTIFF M.M.?S OPPOSITION TO DEFENDANT HOLLYWOOD AND VINE RESIDENCES ASSOCIATION?S MOTION FOR JUDGMENT ON THE PLEADINGS | Filed by M. M. (Cross-Defendant) |
| 4/21/2026 | Opposition Plaintiff and Cross-Defendant M.M.'s Opposition to Defendant Hollywood and Vine Residences Association's Motion to Deem RFAS, Set One, Admitted as to Hao Zheng | Filed by M. M. (Cross-Defendant) |
| 4/8/2026 | Declaration of Natalie Z. Fournier in support of defendant Hollywood and Vine Residences Association's motion | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 4/8/2026 | Motion to Deem RFA's Admitted | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 4/8/2026 | Proof of Service (not Summons and Complaint) | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 4/7/2026 | Motion for Judgment on the Pleadings | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 4/7/2026 | Request for Judicial Notice | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 4/6/2026 | Notice of Change of Firm Name | Filed by M. M. (Cross-Defendant) |
| 3/30/2026 | Notice NOTICE OF NON-RECEIPT OF FURTHER RESPONSESE FROM HAO ZHENG | Filed by M. M. (Cross-Defendant) |
| 3/26/2026 | Minute Order (Trial Readiness Conference; Hearing on Ex Parte Application ...) | Filed by Clerk |
| 3/26/2026 | Notice of Ruling | Filed by M. M. (Plaintiff) |
| 3/25/2026 | Ex Parte Application Ex Parte Application to Continue Trial and All Related Dates | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California |

| | | nonprofit corporation (Defendant) |
|---|---|---|
| 3/25/2026 | Opposition PLAINTIFF AND CROSS-DEFENDANT M.M.?S OPPOSITION TO HOLLYWOOD & VINE'S EX PARTE TO CONTINUE TRIAL | Filed by M. M. (Plaintiff) |
| 3/25/2026 | Reply TO PLAINTIFF M.M.?S OPPOSITIONTO EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND ALL RELATED DATES | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 3/23/2026 | Status Conference Statement | Filed by M. M. (Plaintiff) |
| 3/16/2026 | Certificate of Mailing for (Nunc Pro Tunc Order) of 03/16/2026 | Filed by Clerk |
| 3/16/2026 | Minute Order (Nunc Pro Tunc Order) | Filed by Clerk |
| 2/27/2026 | Notice of Disassociation of Counsel (Gregory E. Eisner) | Filed by M. M. (Cross-Defendant) |
| 2/26/2026 | Notice of Ruling | Filed by M. M. (Cross-Defendant) |
| 2/25/2026 | Certificate of Mailing for (Hearing on Ex Parte Application to Shorten Time for Motion to...) of 02/25/2026 | Filed by Clerk |
| 2/25/2026 | Certificate of Mailing for (Nunc Pro Tunc Order) of 02/25/2026 | Filed by Clerk |
| 2/25/2026 | Minute Order (Hearing on Ex Parte Application to Shorten Time for Motion to...) | Filed by Clerk |
| 2/25/2026 | Minute Order (Nunc Pro Tunc Order) | Filed by Clerk |
| 2/24/2026 | Minute Order (Hearing on Ex Parte Application to Shorten Time for Motion to...) | Filed by Clerk |
| 2/23/2026 | Notice of Ruling | Filed by Hao Zheng (Defendant) |
| 2/17/2026 | Reply Plaintiff & Cross-Defendant MM's Reply ISO Motion to Deem RFA's Admitted | Filed by M. M. (Cross-Defendant) |
| 2/10/2026 | Declaration Attorney Declaration ISO Opposition to Mtn Sanctions + Request for Sanctions | Filed by Hao Zheng (Cross-Complainant); Hao Zheng (Defendant) |
| 2/10/2026 | Opposition Opposition to Motion for Sanctions; Request for Sanctions | Filed by Hao Zheng (Cross-Complainant); Hao Zheng (Defendant) |
| 1/28/2026 | Notice of Ruling | Filed by M. M. (Cross-Defendant) |
| 1/27/2026 | Minute Order (Hearing on Ex Parte Application to Shorten Time for Motion to...) | Filed by Clerk |
| 1/26/2026 | Declaration in Support of Ex Parte Application | Filed by M. M. (Cross-Defendant) |
| 1/26/2026 | Ex Parte Application to Shorten Time for Motion to Deem RFA's Admitted | Filed by M. M. (Cross-Defendant) |
| 1/14/2026 | Declaration Yoo Declaration iso Motion to Deem RFA's Admitted and OIC to Compel Further Resp to RFA | Filed by M. M. (Plaintiff) |
| 1/14/2026 | Motion to Deem RFA's Admitted | Filed by M. M. (Plaintiff) |

| Date | Description | Filed by |
|---|---|---|
| 1/14/2026 | Separate Statement | Filed by M. M. (Plaintiff) |
| 12/19/2025 | Minute Order (Hearing on Motion to be Relieved as Counsel; Order to Show Ca...) | Filed by Clerk |
| 12/16/2025 | Response DEFENDANT AND CROSS-COMPLAINANT HAO ZHENG'S RESPONSE TO THE ORDER TO SHOW CAUSE RE PAYMENT OF SANCTIONS AND ESCALATING SANCTIONS | Filed by Hao Zheng (Defendant) |
| 12/3/2025 | Declaration DECLARATION OF PATRICK Y. YOO IN SUPPORT OF M.M.?S RESPONSE TO ORDER TO SHOW CAUSE RE REQUEST FOR ESCALATING SANCTIONS | Filed by M. M. (Cross-Defendant) |
| 12/3/2025 | Reply PLAINTIFF AND CROSS-DEFENDANT M.M.?S RESPONSE TO THE ORDER TOSHOW CAUSE RE REQUEST FOR ESCALATING SANCTIONS | Filed by M. M. (Cross-Defendant) |
| 12/2/2025 | Declaration OF NOAH GREEN IN RESPONSE TO ORDER TO SHOW CAUSE RE: MONETARY SANCTIONS AGAINST COUNSEL FOR DEFENDANT IN THE AMOUNT OF $1,000, PURSUANT TO C.C.P. 177.5 AND C.C.P. 128, FOR FAILURE TO APPEAR ON NOVEMBER 6, 2025 | Filed by Hao Zheng (Defendant) |
| 11/21/2025 | Notice of Continuance | Filed by Hao Zheng (Defendant) |
| 11/13/2025 | Certificate of Mailing for (Hearing on Motion to be Relieved as Counsel; . Order to Show...) of 11/13/2025 | Filed by Clerk |
| 11/13/2025 | Minute Order (Hearing on Motion to be Relieved as Counsel; . Order to Show...) | Filed by Clerk |
| 11/6/2025 | Certificate of Mailing for (Order to Show Cause Re: Payment of Sanctions and Plaintiff?s ...) of 11/06/2025 | Filed by Clerk |
| 11/6/2025 | Minute Order (Order to Show Cause Re: Payment of Sanctions and Plaintiff?s ...) | Filed by Clerk |
| 11/3/2025 | Brief PLAINTIFF AND CROSS-DEFENDANT M.M.?S REQUEST FOR ESCALATING SANCTIONS | Filed by M. M. (Cross-Defendant) |
| 11/3/2025 | Declaration DECLARATION OF CHASE T. TAJIMA IN SUPPORT OF M.M.?S REQUEST FOR ESCALATING SANCTIONS | Filed by M. M. (Cross-Defendant) |
| 10/8/2025 | Certificate of Mailing for (Hearing on Motion for Terminating Sanctions) of 10/08/2025 | Filed by Clerk |
| 10/8/2025 | Minute Order (Hearing on Motion for Terminating Sanctions) | Filed by Clerk |
| 10/1/2025 | Reply PLAINTIFF AND CROSS-DEFENDANT M.M.?S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY AND MONETARY SANCTIONS | Filed by M. M. (Plaintiff) |
| 9/30/2025 | Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil | Filed by Noah Green (Attorney) |
| 9/29/2025 | Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil | Filed by Noah Green (Attorney) |
| 9/29/2025 | Motion to Be Relieved as Counsel | Filed by Noah Green (Attorney) |
| 9/29/2025 | Order Granting Attorney's Motion to Be Relieved as Counsel-Civil | Filed by Noah Green (Attorney) |

| | | |
|---|---|---|
| 9/29/2025 | Reply Plaintiff and Cross-Defendant M.M.'s Reply in Support of Motion for Terminating Sanctions, or In The Alternative, Issue, Evidentiary, and Monetary Sanctions | Filed by M. M. (Plaintiff) |
| 9/25/2025 | Declaration OF NATALIE Z. FOURNIER IN SUPPORT OF DEFENDANT HOLLYWOOD & VINE RESIDENCES ASSOCIATION'S OPPOSITION TO MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONE | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 9/25/2025 | Declaration OF NATALIE Z. FOURNIER IN SUPPORT OF DEFENDANT HOLLYWOOD & VINE RESIDENCES ASSOCIATION'S OPPOSITION TO MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONE | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 9/25/2025 | Opposition DEFENDANT HOLLYWOOD AND VINE RESIDENCES ASSOCIATION?S OPPOSITION TO PLAINTIFF M.M.'S MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONETARY SANCTIONS | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 9/25/2025 | Opposition DEFENDANT HOLLYWOOD AND VINE RESIDENCES ASSOCIATION?S OPPOSITION TO PLAINTIFF M.M.'S MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONETARY SANCTIONS | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 9/24/2025 | Declaration OF NATALIE Z. FOURNIER IN SUPPORT OF DEFENDANT HOLLYWOOD & VINE RESIDENCES ASSOCIATION'S OPPOSITION TO MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND, ETC | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 9/24/2025 | Opposition DEFENDANT AND CROSS-COMPLAINANT HAO ZHENG'S OPPOSITION TO PLAINTIFF AND CROSS-DEFENDANT M.M.'S MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONETARY SANCTIONS | Filed by Hao Zheng (Defendant) |
| 9/24/2025 | Opposition DEFENDANT HOLLYWOOD AND VINE RESIDENCES ASSOCIATION?S OPPOSITION TO PLAINTIFF M.M.'S MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONETARY SANCTIONS | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 9/10/2025 | Notice NOTICE OF ERRATA RE DECLARATION OF CHASE T. TAJIMA IN SUPPORT OF M.M.?S MOTION FOR TERMINATINGSANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONETARY SANCTIONS | Filed by M. M. (Plaintiff) |
| 9/9/2025 | Declaration DECLARATION OF CHASE T. TAJIMA IN SUPPORT OF MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONETARY SANCTIONS | Filed by M. M. (Plaintiff) |
| 9/9/2025 | Declaration OF M.M. IN SUPPORT OF MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONETARY SANCTIONS | Filed by M. M. (Plaintiff) |
| 9/9/2025 | Declaration OF PATRICK Y. YOO IN SUPPORT OF MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONETARY SANCTIONS | Filed by M. M. (Plaintiff) |

| 9/9/2025 | Motion re: MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONETARY SANCTIONS | Filed by M. M. (Plaintiff) |
|---|---|---|
| 9/9/2025 | Request for Judicial Notice | Filed by M. M. (Plaintiff) |
| 3/17/2025 | Notice of Case Reassignment and Order for Plaintiff to Give Notice | Filed by M. M. (Plaintiff) |
| 3/11/2025 | Notice of Case Reassignment and Order for Plaintiff to Give Notice | Filed by Clerk |
| 1/27/2025 | Minute Order (Case Management Conference) | Filed by Clerk |
| 1/21/2025 | Case Management Statement | Filed by Hao Zheng (Defendant) |
| 1/21/2025 | Notice of Posting of Jury Fees | Filed by M. M. (Plaintiff) |
| 1/10/2025 | Case Management Statement | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 1/9/2025 | Case Management Statement | Filed by M. M. (Plaintiff) |
| 10/22/2024 | Answer | Filed by M. M. (Cross-Defendant) |
| 10/10/2024 | Notice Notice of Association of Counsel | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 10/2/2024 | Proof of Service by Substituted Service | Filed by M. M. (Cross-Defendant) |
| 9/18/2024 | Answer | Filed by Hao Zheng (Defendant) |
| 9/18/2024 | Cross-Complaint | Filed by Hao Zheng (Defendant) |
| 9/3/2024 | Answer | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 9/3/2024 | Declaration Verification of Defendant Hollywood & Vine Residences Association's Verified Answer to Complaint | Filed by HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 8/29/2024 | Affidavit of Due Diligence | Filed by M. M. (Plaintiff) |
| 8/1/2024 | Proof of Personal Service | Filed by M. M. (Plaintiff) |
| 7/31/2024 | Notice and Acknowledgment of Receipt | Filed by M. M. (Plaintiff) |
| 7/17/2024 | Notice of Case Management Conference | Filed by Clerk |
| 7/17/2024 | Summons on Complaint | Filed by M. M. (Plaintiff) |
| 7/16/2024 | Alternative Dispute Resolution Packet | Filed by Clerk |

| | | |
|---|---|---|
| 7/16/2024 | Civil Case Cover Sheet | Filed by M. M. (Plaintiff) |
| 7/16/2024 | Complaint | Filed by M. M. (Plaintiff) |
| 7/16/2024 | Notice of Case Assignment - Unlimited Civil Case | Filed by Clerk |

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | | | |
|---|---|---|---|
| 6/9/2026 09:30 AM | Department 311 | Jury Trial | |
| 6/9/2026 08:30 AM | Department 311 | Final Status Conference | |
| 6/9/2026 08:30 AM | Department 311 | Order to Show Cause Re: | |
| 5/29/2026 09:30 AM | Department 311 | Final Status Conference | Held - Continued |
| 5/12/2026 08:30 AM | Department 311 | Status Conference | Held |
| 5/4/2026 08:30 AM | Department 19 | Hearing on Motion for Judgment on the Pleadings | Not Held - Taken Off Calendar by Party |
| 5/4/2026 08:30 AM | Department 311 | Hearing on Motion to Deem Request for Admissions Admitted | Held - Taken under Submission |
| 5/4/2026 1:55 PM | Department 311 | Ruling on Submitted Matter | |
| 3/26/2026 08:30 AM | Department 19 | Hearing on Ex Parte Application | Held |
| 3/26/2026 08:30 AM | Department 19 | Trial Readiness Conference | Held |
| 3/16/2026 10:05 AM | Department 19 | Nunc Pro Tunc Order | |
| 3/13/2026 08:30 AM | Department 19 | Trial Readiness Conference | Not Held - Advanced and Continued - by Court |
| 2/25/2026 08:30 AM | Department 19 | Hearing on Ex Parte Application | Held |
| 2/25/2026 2:42 PM | Department 19 | Nunc Pro Tunc Order | |
| 2/24/2026 08:30 AM | Department 19 | Hearing on Ex Parte Application | Held - Continued |
| 1/27/2026 08:30 AM | Department 19 | Hearing on Ex Parte Application | Not Held - Advanced and Continued - by Court |
| 12/19/2025 08:30 AM | Department 19 | Hearing on Motion to be Relieved as Counsel | Held - Motion Granted |
| 12/19/2025 08:30 AM | Department 19 | Order to Show Cause Re: | Held |

| | | | |
|---|---|---|---|
| 12/19/2025 08:30 AM | Department 19 | Order to Show Cause Re: | Held |
| 11/13/2025 08:30 AM | Department 19 | Hearing on Motion to be Relieved as Counsel | Held - Continued |
| 11/13/2025 08:30 AM | Department 19 | Order to Show Cause Re: | Held - Continued |
| 11/13/2025 08:30 AM | Department 19 | Order to Show Cause Re: | Held - Continued |
| 11/6/2025 08:30 AM | Department 19 | Order to Show Cause Re: | Held - Continued |
| 10/8/2025 08:30 AM | Department 19 | Hearing on Motion for Terminating Sanctions | Held |
| 1/27/2025 08:30 AM | Department 19 | Case Management Conference | Held |

## REGISTER OF ACTIONS

Case Information | **Register Of Actions** | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Past Proceedings

| | |
|---|---|
| 6/10/2026 | Order Proposed Order for Application of Good Faith Settlement; Signed and Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant); As to: M. M. (Plaintiff) |
| 6/10/2026 | Updated -- Order Proposed Order for Application of Good Faith Settlement: Filed By: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant); Result: Granted ; Result Date: 06/10/2026 |
| 6/9/2026 | Notice of Filing of Removal; Filed by: Hao Zheng (Defendant); As to: M. M. (Plaintiff) |
| 6/9/2026 | Order Appointing Court Approved Reporter as Official Reporter Pro Tempore; Filed by: M. M. (Plaintiff) |
| 6/1/2026 | Notice of Ruling; Filed by: M. M. (Cross-Defendant) |
| 5/29/2026 | Final Status Conference scheduled for 06/09/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 311 |
| 5/29/2026 | Order to Show Cause Re: Monetary Sanctions in the Amount of $1,500.00 Against the Defendant and Cross-Complainant, pursuant to C.C.P. 177.5 and C.C.P. 128, for Failure to Appear at the Final Status Conference on May 29, 2026. scheduled for 06/09/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 311 |
| 5/29/2026 | Order Appointing Court Approved Reporter as Official Reporter Pro Tempore; Filed by: M. M. (Plaintiff) |
| 5/29/2026 | Non-Appearance Case Review Re: Bankruptcy scheduled for 11/24/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 311 |
| 5/29/2026 | Minute Order (Final Status Conference) |
| 5/29/2026 | Certificate of Mailing for (Final Status Conference) of 05/29/2026; Filed by: Clerk |
| 5/29/2026 | Pursuant to the request of plaintiff, Final Status Conference scheduled for 05/29/2026 at 09:30 AM in Stanley Mosk Courthouse at Department 311 Held - Continued was rescheduled to 06/09/2026 08:30 AM |
| 5/28/2026 | On the Complaint filed by M. M. on 07/16/2024, entered Request for Dismissal With Prejudice filed by M. M. as to HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit |

| | |
|---|---|
| | corporation |
| 5/28/2026 | On the Complaint filed by M. M. on 07/16/2024, entered Request for Dismissal With Prejudice filed by M. M. as to HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation |
| 5/28/2026 | Request for Dismissal; Filed by: M. M. (Plaintiff); As to: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 5/28/2026 | Notice of Stay of Proceedings (Bankruptcy); Filed by: Hao Zheng (Defendant); As to: M. M. (Plaintiff); Bankruptcy Stay Case Type: Case |
| 5/28/2026 | The case is placed in special status of: Stay - Bankruptcy |
| 5/26/2026 | Notice Notice of Errata re Exhibit List and Yoo Declaration; Filed by: M. M. (Plaintiff); As to: M. M. (Plaintiff) |
| 5/26/2026 | Motion re: FOR PARTIAL DIRECTED VERDICT (WITH PUNITIVE DAMAGES TRIAL REMAINING) 1;MEMORANDUM OF POINTS AND AUTHORITIES; Filed by: M. M. (Plaintiff); As to: Hao Zheng (Defendant); HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 5/26/2026 | Declaration OF PATRICK Y. YOO IN SUPPORT OF M.M.S MOTION FOR PARTIAL DIRECTED VERDICT (WITH PUNITIVE DAMAGES TRIAL REMAINING; Filed by: M. M. (Plaintiff) |
| 5/26/2026 | Proof of Service (not Summons and Complaint); Filed by: M. M. (Plaintiff) |
| 5/26/2026 | Proof of Service (not Summons and Complaint); Filed by: M. M. (Plaintiff); As to: Hao Zheng (Defendant); HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 5/22/2026 | Notice of Lodging 2026.05.22 [M.M. v. Zheng] M.M.'S NOTICE OF LODGING OF TRIAL BINDER; Filed by: M. M. (Plaintiff) |
| 5/22/2026 | Notice M.M.'s Notice of Errata re Caption on M.M.'s Proposed Additional Voir Dire Questions; Filed by: M. M. (Plaintiff); As to: M. M. (Plaintiff) |
| 5/21/2026 | Motion in Limine NOTICE OF MOTION AND MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE AND ARGUMENT THAT PUNITIVE DAMAGES ARE NOT WARRANTED; MEMORANDUM OF POINTS AND AUTHORITIES; Filed by: M. M. (Plaintiff); M. M. (Cross-Defendant) |
| 5/21/2026 | Motion in Limine NOTICE OF MOTION AND MOTION IN LIMINE NO. 2 TO EXCLUDE ZHENG?S WITNESSES AND EVIDENCE FOR FAILING TO MEET AND CONFER; Filed by: M. M. (Plaintiff); M. M. (Cross-Defendant) |
| 5/21/2026 | Motion in Limine NOTICE OF MOTION AND MOTION IN LIMINE NO. 5 TO EXCLUDE DEFENDANT/CROSS-COMPLAINANT FROM INTRODUCING WITNESSES NOT DISCLOSED IN DISCOVERY; Filed by: M. M. (Plaintiff); M. M. (Cross-Defendant) |
| 5/21/2026 | Motion in Limine NOTICE OF MOTION AND MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE AND ARGUMENT THAT COMPENSATORY DAMAGES SHOULD BE LESS THAN WHAT WAS ADMITTED; MEMORANDUM OF POINTS AND AUTHORITIES; Filed by: M. M. (Plaintiff); M. M. (Cross-Defendant) |
| 5/21/2026 | Motion in Limine NOTICE OF MOTION AND MOTION IN LIMINE NO. 1 TO EXCLUDE ALL EVIDENCE AND ARGUMENT CONTRARY TO DEEMED ADMITTED REQUESTS FOR ADMISSION; MEMORANDUM OF POINTS AND AUTHORITIES; Filed by: M. M. (Plaintiff); M. M. (Cross-Defendant) |
| 5/21/2026 | Trial Brief; Filed by: M. M. (Cross-Defendant) |
| 5/21/2026 | Statement of the Case; Filed by: M. M. (Plaintiff) |
| 5/21/2026 | Jury Instructions; Filed by: M. M. (Plaintiff) |
| 5/21/2026 | Jury Instructions; Filed by: M. M. (Plaintiff) |

| | |
|---|---|
| 5/21/2026 | Notice PLAINTIFFCROSS-DEFENDANT M.M.S PROPOSED ADDITIONAL VOIR DIRE QUESTIONS; Filed by: M. M. (Plaintiff); As to: Hao Zheng (Defendant); HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 5/21/2026 | Witness List; Filed by: M. M. (Plaintiff) |
| 5/21/2026 | Exhibit List; Filed by: M. M. (Plaintiff) |
| 5/20/2026 | Opposition Plaintiff/Cross-Defendant M.M.'s Opposition to Defendant/Cross-Complainant Hao Zheng's Ex Parte Application to Continue Trial; Filed by: M. M. (Plaintiff) |
| 5/20/2026 | Declaration of Patrick Y. Yoo In Support of Opposition to Ex Parte Application to Continue Trial; Filed by: M. M. (Plaintiff) |
| 5/14/2026 | Application for Determination of Good Faith Settlement; Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant); As to: M. M. (Plaintiff) |
| 5/12/2026 | Minute Order (Status Conference) |
| 5/12/2026 | Status Conference scheduled for 05/12/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 311 updated: Result Date to 05/12/2026; Result Type to Held |
| 5/6/2026 | Status Conference Statement; Filed by: M. M. (Plaintiff) |
| 5/4/2026 | Updated -- Motion to Deem RFA's Admitted: Filed By: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant); Result: Granted ; Result Date: 05/04/2026 |
| 5/4/2026 | Status Conference scheduled for 05/12/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 311 |
| 5/4/2026 | Notice Notice of Status Conference; Filed by: M. M. (Plaintiff) |
| 5/4/2026 | Minute Order (Hearing on Motion to Deem Request for Admissions Admitted) |
| 5/4/2026 | Hearing on Motion to Deem Request for Admissions Admitted scheduled for 05/04/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 311 updated: Result Date to 05/04/2026; Result Type to Held - Taken under Submission |
| 5/4/2026 | Minute Order (Ruling on Submitted Matter) |
| 5/4/2026 | Clerks Certificate of Service By Electronic Service; Filed by: Clerk; As to: Gregory E. Eisner (Attorney); Noah Green (Attorney); Jeff Chieh Hsu (Attorney) et al. |
| 5/1/2026 | Notice Notice of taking hearing off-calendar; Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant); As to: M. M. (Plaintiff) |
| 5/1/2026 | Pursuant to the request of moving party, Hearing on Motion for Judgment on the Pleadings scheduled for 05/04/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 19 Not Held - Taken Off Calendar by Party on 05/01/2026 |
| 4/27/2026 | Reply DEFENDANT HOLLYWOOD AND VINE RESIDENCES ASSOCIATION'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DEEM REQUESTS FOR ADMISSION, SET ONE; Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 4/21/2026 | Opposition PLAINTIFF M.M.'S OPPOSITION TO DEFENDANT HOLLYWOOD AND VINE RESIDENCES ASSOCIATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS; Filed by: M. M. (Cross-Defendant) |
| 4/21/2026 | Opposition PLAINTIFF M.M.?S OPPOSITION TO DEFENDANT HOLLYWOOD AND VINE RESIDENCES ASSOCIATION?S MOTION FOR JUDGMENT ON THE PLEADINGS; Filed by: M. M. (Cross-Defendant) |
| 4/21/2026 | Declaration DECLARATION OF PATRICK Y. YOO IN SUPPORT OF OPPOSITION TO DEFENDANT HOLLYWOOD AND VINE RESIDENCES ASSOCIATION?S MOTION FOR JUDGMENT ON THE PLEADINGS; Filed by: M. M. (Cross-Defendant) |

| 4/21/2026 | Opposition Plaintiff and Cross-Defendant M.M.'s Opposition to Defendant Hollywood and Vine Residences Association's Motion to Deem RFAS, Set One, Admitted as to Hao Zheng; Filed by: M. M. (Cross-Defendant) |
|---|---|
| 4/10/2026 | Hearing on Motion to Deem Request for Admissions Admitted scheduled for 05/04/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 19 |
| 4/8/2026 | Motion to Deem RFA's Admitted; Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant); As to: M. M. (Plaintiff) |
| 4/8/2026 | Declaration of Natalie Z. Fournier in support of defendant Hollywood and Vine Residences Association's motion; Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 4/8/2026 | Proof of Service (not Summons and Complaint); Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant); As to: M. M. (Plaintiff) |
| 4/8/2026 | Updated -- Chase Tomonari Tajima (Attorney): Organization Name changed from Trepanier Tajima LLP to Tajima LLP |
| 4/8/2026 | Hearing on Motion for Judgment on the Pleadings scheduled for 05/04/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 19 |
| 4/7/2026 | Motion for Judgment on the Pleadings; Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 4/7/2026 | Request for Judicial Notice; Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 4/6/2026 | Notice of Change of Firm Name; Filed by: M. M. (Cross-Defendant); New Firm Name: Tajima LLP |
| 3/30/2026 | Notice NOTICE OF NON-RECEIPT OF FURTHER RESPONSESE FROM HAO ZHENG; Filed by: M. M. (Cross-Defendant); As to: Hao Zheng (Cross-Complainant) |
| 3/26/2026 | Updated -- Ex Parte Application Ex Parte Application to Continue Trial and All Related Dates: Filed By: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant); Result: Denied ; Result Date: 03/26/2026 |
| 3/26/2026 | Notice of Ruling; Filed by: M. M. (Plaintiff) |
| 3/26/2026 | Minute Order (Trial Readiness Conference; Hearing on Ex Parte Application ...) |
| 3/26/2026 | Trial Readiness Conference scheduled for 03/26/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 19 updated: Result Date to 03/26/2026; Result Type to Held |
| 3/26/2026 | Hearing on Ex Parte Application to Continue Trial and All Related Dates scheduled for 03/26/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 19 updated: Result Date to 03/26/2026; Result Type to Held |
| 3/25/2026 | Ex Parte Application Ex Parte Application to Continue Trial and All Related Dates; Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant); As to: M. M. (Plaintiff) |
| 3/25/2026 | Hearing on Ex Parte Application to Continue Trial and All Related Dates scheduled for 03/26/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 19 |
| 3/25/2026 | Opposition PLAINTIFF AND CROSS-DEFENDANT M.M.?S OPPOSITION TO HOLLYWOOD & VINE'S EX PARTE TO CONTINUE TRIAL; Filed by: M. M. (Plaintiff) |
| 3/25/2026 | Reply TO PLAINTIFF M.M.?S OPPOSITIONTO EX PARTE APPLICATION FOR ORDER CONTINUING TRIAL DATE AND ALL RELATED DATES; Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 3/23/2026 | Status Conference Statement; Filed by: M. M. (Plaintiff) |
| 3/16/2026 | Due to Clerical Error, Trial Readiness Conference scheduled for 06/26/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 19 Not Held - Advanced and Continued - by Court was rescheduled to 03/26/2026 08:30 AM |

| | |
|---|---|
| 3/16/2026 | Minute Order (Nunc Pro Tunc Order) |
| 3/16/2026 | Certificate of Mailing for (Nunc Pro Tunc Order) of 03/16/2026; Filed by: Clerk |
| 2/27/2026 | Notice of Disassociation of Counsel (Gregory E. Eisner); Filed by: M. M. (Cross-Defendant); As to: Hao Zheng (Cross-Complainant) |
| 2/26/2026 | Notice of Ruling; Filed by: M. M. (Cross-Defendant) |
| 2/25/2026 | Minute Order (Hearing on Ex Parte Application to Shorten Time for Motion to...) |
| 2/25/2026 | Certificate of Mailing for (Hearing on Ex Parte Application to Shorten Time for Motion to...) of 02/25/2026; Filed by: Clerk |
| 2/25/2026 | Hearing on Ex Parte Application to Shorten Time for Motion to Deem RFA's Admitted scheduled for 02/25/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 19 updated: Result Date to 02/25/2026; Result Type to Held |
| 2/25/2026 | Minute Order (Nunc Pro Tunc Order) |
| 2/25/2026 | Certificate of Mailing for (Nunc Pro Tunc Order) of 02/25/2026; Filed by: Clerk |
| 2/24/2026 | Trial Readiness Conference scheduled for 06/26/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 19 |
| 2/24/2026 | Minute Order (Hearing on Ex Parte Application to Shorten Time for Motion to...) |
| 2/24/2026 | On the Court's own motion, Hearing on Ex Parte Application to Shorten Time for Motion to Deem RFA's Admitted scheduled for 02/24/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 19 Held - Continued was rescheduled to 02/25/2026 08:30 AM |
| 2/24/2026 | On the Court's own motion, Trial Readiness Conference scheduled for 03/13/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 19 Not Held - Advanced and Continued - by Court was rescheduled to 06/26/2026 08:30 AM |
| 2/24/2026 | Hearing on Ex Parte Application to Shorten Time for Motion to Deem RFA's Admitted scheduled for 02/25/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 19 |
| 2/23/2026 | Notice of Ruling; Filed by: Hao Zheng (Defendant) |
| 2/17/2026 | Reply Plaintiff & Cross-Defendant MM's Reply ISO Motion to Deem RFA's Admitted; Filed by: M. M. (Cross-Defendant) |
| 2/10/2026 | Opposition Opposition to Motion for Sanctions; Request for Sanctions; Filed by: Hao Zheng (Cross-Complainant); Hao Zheng (Defendant) |
| 2/10/2026 | Declaration Attorney Declaration ISO Opposition to Mtn Sanctions + Request for Sanctions; Filed by: Hao Zheng (Cross-Complainant); Hao Zheng (Defendant) |
| 1/28/2026 | Notice of Ruling; Filed by: M. M. (Cross-Defendant) |
| 1/27/2026 | Hearing on Ex Parte Application to Shorten Time for Motion to Deem RFA's Admitted scheduled for 02/24/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 19 |
| 1/27/2026 | Minute Order (Hearing on Ex Parte Application to Shorten Time for Motion to...) |
| 1/27/2026 | Pursuant to oral stipulation, Hearing on Ex Parte Application to Shorten Time for Motion to Deem RFA's Admitted scheduled for 01/27/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 19 Not Held - Advanced and Continued - by Court was rescheduled to 02/24/2026 08:30 AM |
| 1/26/2026 | Ex Parte Application to Shorten Time for Motion to Deem RFA's Admitted; Filed by: M. M. (Cross-Defendant); As to: Hao Zheng (Cross-Complainant) |
| 1/26/2026 | Declaration in Support of Ex Parte Application; Filed by: M. M. (Cross-Defendant) |
| 1/26/2026 | Hearing on Ex Parte Application to Shorten Time for Motion to Deem RFA's Admitted scheduled for 01/27/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 19 |

| | |
|---|---|
| 1/21/2026 | Hearing on Motion to Deem Request for Admissions Admitted scheduled for 07/14/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 19 |
| 1/14/2026 | Motion to Deem RFA's Admitted; Filed by: M. M. (Plaintiff); As to: Hao Zheng (Defendant) |
| 1/14/2026 | Declaration Yoo Declaration iso Motion to Deem RFA's Admitted and OIC to Compel Further Resp to RFA; Filed by: M. M. (Plaintiff) |
| 1/14/2026 | Separate Statement; Filed by: M. M. (Plaintiff) |
| 1/8/2026 | Address for Jeff Chieh Hsu (Attorney) updated |
| 12/19/2025 | Updated -- Motion to Be Relieved as Counsel: Filed By: Noah Green (Attorney); Result: Granted ; Result Date: 12/19/2025 |
| 12/19/2025 | Trial Readiness Conference scheduled for 03/13/2026 at 08:30 AM in Stanley Mosk Courthouse at Department 19 |
| 12/19/2025 | Minute Order (Hearing on Motion to be Relieved as Counsel; Order to Show Ca...) |
| 12/19/2025 | Hearing on Motion to be Relieved as Counsel scheduled for 12/19/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 19 updated: Result Date to 12/19/2025; Result Type to Held - Motion Granted |
| 12/19/2025 | Order to Show Cause Re: Monetary Sanctions Against Counsel for Defendant in the Amount of $1,000, pursuant to C.C.P. 177.5 and C.C.P. 128, for Failure to Appear on November 6, 2025 scheduled for 12/19/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 19 updated: Result Date to 12/19/2025; Result Type to Held |
| 12/19/2025 | Order to Show Cause Re: Payment of Sanctions and Plaintiff?s Request for Escalating Sanctions scheduled for 12/19/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 19 updated: Result Date to 12/19/2025; Result Type to Held |
| 12/16/2025 | Response DEFENDANT AND CROSS-COMPLAINANT HAO ZHENG'S RESPONSE TO THE ORDER TO SHOW CAUSE RE PAYMENT OF SANCTIONS AND ESCALATING SANCTIONS; Filed by: Hao Zheng (Defendant) |
| 12/16/2025 | Updated -- Noah Green (Attorney): Organization Name changed from Green Stewart & Paul, P.C. to The Green Firm, P.C. |
| 12/3/2025 | Reply PLAINTIFF AND CROSS-DEFENDANT M.M.?S RESPONSE TO THE ORDER TO SHOW CAUSE RE REQUEST FOR ESCALATING SANCTIONS; Filed by: M. M. (Cross-Defendant) |
| 12/3/2025 | Declaration DECLARATION OF PATRICK Y. YOO IN SUPPORT OF M.M.?S RESPONSE TO ORDER TO SHOW CAUSE RE REQUEST FOR ESCALATING SANCTIONS; Filed by: M. M. (Cross-Defendant) |
| 12/2/2025 | Declaration OF NOAH GREEN IN RESPONSE TO ORDER TO SHOW CAUSE RE: MONETARY SANCTIONS AGAINST COUNSEL FOR DEFENDANT IN THE AMOUNT OF $1,000, PURSUANT TO C.C.P. 177.5 AND C.C.P. 128, FOR FAILURE TO APPEAR ON NOVEMBER 6, 2025; Filed by: Hao Zheng (Defendant) |
| 11/21/2025 | Notice of Continuance; Filed by: Hao Zheng (Defendant) |
| 11/13/2025 | Order to Show Cause Re: Payment of Sanctions and Plaintiff?s Request for Escalating Sanctions scheduled for 12/19/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 19 |
| 11/13/2025 | Order to Show Cause Re: Monetary Sanctions Against Counsel for Defendant in the Amount of $1,000, pursuant to C.C.P. 177.5 and C.C.P. 128, for Failure to Appear on November 6, 2025 scheduled for 12/19/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 19 |
| 11/13/2025 | Hearing on Motion to be Relieved as Counsel scheduled for 12/19/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 19 |
| 11/13/2025 | Certificate of Mailing for (Hearing on Motion to be Relieved as Counsel; . Order to Show...) of 11/13/2025; Filed by: Clerk |
| 11/13/2025 | Minute Order (Hearing on Motion to be Relieved as Counsel; . Order to Show...) |

| | |
|---|---|
| 11/13/2025 | Hearing on Motion to be Relieved as Counsel scheduled for 11/13/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 19 Held - Continued was rescheduled to 12/19/2025 08:30 AM |
| 11/13/2025 | Order to Show Cause Re: Payment of Sanctions and Plaintiff?s Request for Escalating Sanctions scheduled for 11/13/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 19 Held - Continued was rescheduled to 12/19/2025 08:30 AM |
| 11/13/2025 | Order to Show Cause Re: Monetary Sanctions Against Counsel for Defendant in the Amount of $1,000, pursuant to C.C.P. 177.5 and C.C.P. 128, for Failure to Appear on November 6, 2025 scheduled for 11/13/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 19 Held - Continued was rescheduled to 12/19/2025 08:30 AM |
| 11/6/2025 | Order to Show Cause Re: Monetary Sanctions Against Counsel for Defendant in the Amount of $1,000, pursuant to C.C.P. 177.5 and C.C.P. 128, for Failure to Appear on November 6, 2025 scheduled for 11/13/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 19 |
| 11/6/2025 | Order to Show Cause Re: Payment of Sanctions and Plaintiff?s Request for Escalating Sanctions scheduled for 11/13/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 19 |
| 11/6/2025 | Certificate of Mailing for (Order to Show Cause Re: Payment of Sanctions and Plaintiff?s ...) of 11/06/2025; Filed by: Clerk |
| 11/6/2025 | Minute Order (Order to Show Cause Re: Payment of Sanctions and Plaintiff?s ...) |
| 11/6/2025 | Pursuant to oral stipulation, Order to Show Cause Re: Payment of Sanctions and Plaintiff?s Request for Escalating Sanctions scheduled for 11/06/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 19 Held - Continued was rescheduled to 11/13/2025 08:30 AM |
| 11/3/2025 | Brief PLAINTIFF AND CROSS-DEFENDANT M.M.?S REQUEST FOR ESCALATING SANCTIONS; Filed by: M. M. (Cross-Defendant) |
| 11/3/2025 | Declaration DECLARATION OF CHASE T. TAJIMA IN SUPPORT OF M.M.?S REQUEST FOR ESCALATING SANCTIONS; Filed by: M. M. (Cross-Defendant) |
| 10/8/2025 | Order to Show Cause Re: Payment of Sanctions and Plaintiff?s Request for Escalating Sanctions scheduled for 11/06/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 19 |
| 10/8/2025 | Minute Order (Hearing on Motion for Terminating Sanctions) |
| 10/8/2025 | Certificate of Mailing for (Hearing on Motion for Terminating Sanctions) of 10/08/2025; Filed by: Clerk |
| 10/8/2025 | Hearing on Motion for Terminating Sanctions scheduled for 10/08/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 19 updated: Result Date to 10/08/2025; Result Type to Held |
| 10/1/2025 | Updated -- Amended Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil: Name Extension: blank |
| 10/1/2025 | Reply PLAINTIFF AND CROSS-DEFENDANT M.M.?S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY AND MONETARY SANCTIONS; Filed by: M. M. (Plaintiff) |
| 10/1/2025 | Hearing on Motion to be Relieved as Counsel scheduled for 11/13/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 19 |
| 9/30/2025 | Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil Amended; Filed by: Noah Green (Attorney) |
| 9/29/2025 | Motion to Be Relieved as Counsel; Filed by: Attorney; As to: Hao Zheng (Defendant) |
| 9/29/2025 | Declaration in Support of Attorney's Motion to Be Relieved as Counsel-Civil; Filed by: Noah Green (Attorney) |
| 9/29/2025 | Reply Plaintiff and Cross-Defendant M.M.'s Reply in Support of Motion for Terminating Sanctions, or In The Alternative, Issue, Evidentiary, and Monetary Sanctions; Filed by: M. M. (Plaintiff) |

| | |
|---|---|
| 9/29/2025 | Order Granting Attorney's Motion to Be Relieved as Counsel-Civil; Signed and Filed by: Noah Green (Attorney); As to: Hao Zheng (Defendant) |
| 9/25/2025 | Opposition DEFENDANT HOLLYWOOD AND VINE RESIDENCES ASSOCIATION?S OPPOSITION TO PLAINTIFF M.M.'S MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONETARY SANCTIONS; Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 9/25/2025 | Declaration OF NATALIE Z. FOURNIER IN SUPPORT OF DEFENDANT HOLLYWOOD & VINE RESIDENCES ASSOCIATION'S OPPOSITION TO MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONE; Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 9/25/2025 | Opposition DEFENDANT HOLLYWOOD AND VINE RESIDENCES ASSOCIATION?S OPPOSITION TO PLAINTIFF M.M.'S MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONETARY SANCTIONS; Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 9/25/2025 | Declaration OF NATALIE Z. FOURNIER IN SUPPORT OF DEFENDANT HOLLYWOOD & VINE RESIDENCES ASSOCIATION'S OPPOSITION TO MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONE; Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 9/24/2025 | Opposition DEFENDANT AND CROSS-COMPLAINANT HAO ZHENG'S OPPOSITION TO PLAINTIFF AND CROSS-DEFENDANT M.M.'S MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONETARY SANCTIONS; Filed by: Hao Zheng (Defendant) |
| 9/24/2025 | Opposition DEFENDANT HOLLYWOOD AND VINE RESIDENCES ASSOCIATION?S OPPOSITION TO PLAINTIFF M.M.'S MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONETARY SANCTIONS; Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 9/24/2025 | Declaration OF NATALIE Z. FOURNIER IN SUPPORT OF DEFENDANT HOLLYWOOD & VINE RESIDENCES ASSOCIATION'S OPPOSITION TO MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND, ETC; Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 9/12/2025 | Hearing on Motion for Terminating Sanctions scheduled for 10/08/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 19 |
| 9/10/2025 | Notice NOTICE OF ERRATA RE DECLARATION OF CHASE T. TAJIMA IN SUPPORT OF M.M.?S MOTION FOR TERMINATINGSANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONETARY SANCTIONS; Filed by: M. M. (Plaintiff); As to: Hao Zheng (Defendant); HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 9/9/2025 | Motion re: MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONETARY SANCTIONS; Filed by: M. M. (Plaintiff); As to: Hao Zheng (Defendant); HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 9/9/2025 | Declaration OF M.M. IN SUPPORT OF MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONETARY SANCTIONS; Filed by: M. M. (Plaintiff) |
| 9/9/2025 | Declaration DECLARATION OF CHASE T. TAJIMA IN SUPPORT OF MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONETARY SANCTIONS; Filed by: M. M. (Plaintiff) |
| 9/9/2025 | Declaration OF PATRICK Y. YOO IN SUPPORT OF MOTION FOR TERMINATING SANCTIONS, OR IN THE ALTERNATIVE, ISSUE, EVIDENTIARY, AND MONETARY SANCTIONS; Filed by: M. M. (Plaintiff) |
| 9/9/2025 | Request for Judicial Notice; Filed by: M. M. (Plaintiff) |

| | |
|---|---|
| 3/17/2025 | Case reassigned to Stanley Mosk Courthouse in Department 19 - Hon. Doreen B. Boxereffective 03/17/2025; Reason: Inventory Transfer |
| 3/17/2025 | Notice of Case Reassignment and Order for Plaintiff to Give Notice; Filed by: M. M. (Plaintiff); As to: Hao Zheng (Defendant); HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 3/11/2025 | Notice of Case Reassignment and Order for Plaintiff to Give Notice; Filed by: Clerk |
| 1/27/2025 | Jury Trial scheduled for 06/09/2026 at 09:30 AM in Stanley Mosk Courthouse at Department 19 |
| 1/27/2025 | Final Status Conference scheduled for 05/29/2026 at 09:30 AM in Stanley Mosk Courthouse at Department 19 |
| 1/27/2025 | Minute Order (Case Management Conference) |
| 1/27/2025 | Case Management Conference scheduled for 01/27/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 19 updated: Result Date to 01/27/2025; Result Type to Held |
| 1/21/2025 | Case Management Statement; Filed by: Hao Zheng (Defendant) |
| 1/21/2025 | Notice of Posting of Jury Fees; Filed by: M. M. (Plaintiff) |
| 1/10/2025 | Case Management Statement; Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 1/9/2025 | Case Management Statement; Filed by: M. M. (Plaintiff) |
| 10/22/2024 | Answer; Filed by: M. M. (Cross-Defendant); As to: Hao Zheng (Cross-Complainant) |
| 10/10/2024 | Notice Notice of Association of Counsel; Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant); As to: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 10/2/2024 | Proof of Service by Substituted Service; Filed by: M. M. (Cross-Defendant); As to: Hao Zheng (Cross-Complainant); Proof of Mailing Date: 08/28/2024; Service Cost: 111.49; Service Cost Waived: No |
| 9/18/2024 | Cross-Complaint; Filed by: Hao Zheng (Defendant); As to: M. M. (Plaintiff) |
| 9/18/2024 | Answer; Filed by: Hao Zheng (Defendant); As to: M. M. (Plaintiff) |
| 9/3/2024 | Answer; Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant); As to: M. M. (Plaintiff) |
| 9/3/2024 | Declaration Verification of Defendant Hollywood & Vine Residences Association's Verified Answer to Complaint; Filed by: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 8/29/2024 | Affidavit of Due Diligence; Filed by: M. M. (Plaintiff) |
| 8/1/2024 | Proof of Personal Service; Filed by: M. M. (Plaintiff); As to: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant); Service Date: 07/31/2024; Service Cost: 111.49; Service Cost Waived: No |
| 7/31/2024 | Notice and Acknowledgment of Receipt; Filed by: M. M. (Plaintiff); As to: HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 7/17/2024 | Case Management Conference scheduled for 01/27/2025 at 08:30 AM in Stanley Mosk Courthouse at Department 19 |
| 7/17/2024 | Notice of Case Management Conference; Filed by: Clerk |
| 7/17/2024 | Summons on Complaint; Issued and Filed by: M. M. (Plaintiff); As to: Hao Zheng (Defendant); HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 7/17/2024 | Case assigned to Hon. Stephanie M. Bowick in Department 19 Stanley Mosk Courthouse |
| 7/16/2024 | Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk |

| 7/16/2024 | Alternate Dispute Resolution Packet; Filed by: Clerk |
| 7/16/2024 | Civil Case Cover Sheet; Filed by: M. M. (Plaintiff); As to: Hao Zheng (Defendant); HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |
| 7/16/2024 | Complaint; Filed by: M. M. (Plaintiff); As to: Hao Zheng (Defendant); HOLLYWOOD AND VINE RESIDENCES ASSOCIATION, a California nonprofit corporation (Defendant) |

Back To Top