# EXHIBIT C

Chase T. Tajima (SBN 304063)
*chase@trepaniertajima.com*
Patrick Y. Yoo (SBN 302282)
*patrick@trepaniertajima.com*
**TRÉPANIER TAJIMA LLP**
4605 Lankershim Blvd., Suite 540
Los Angeles, California 91602
Telephone: (323) 487-1101

Electronically FILED by
Superior Court of California,
County of Los Angeles
3/30/2026 1:28 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By S. Bolden, Deputy Clerk

Attorneys for Plaintiff and Cross-Defendant
M.M.

# IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES

| | |
|---|---|
| M.M., an individual, | Case No. 24STCV17698 |
| Plaintiff, | [Assigned to Hon. Doreen Boxer, in Dept. 19, for All Purposes] |
| v. | |
| HAO ZHENG, an individual; HOLLYWOOD AND VINE RESIDENCES ASSOCIATION; and DOES 1-30, | **NOTICE OF NON-RECEIPT OF FURTHER RESPONSES FROM HAO ZHENG** |
| Defendants. | |
| HAO ZHENG, | Complaint Filed: July 16, 2024<br>Cross-Complaint Filed: September 18, 2024<br>Trial Date: June 9, 2026 |
| Cross-Complainant, | |
| v. | |
| M.M.; and ROES 1-50, | |
| Cross-Defendants. | |

Case No. 24STCV17698                                         1

NOTICE OF NON-RECEIPT OF FURTHER RESPONSES

TRÉPANIER
TAJIMA LLP
Los Angeles

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant/Cross-Complainant Hao Zheng failed to serve further responses, without objections, to Plaintiff/Cross-Defendant M.M.'s Requests for Admissions, Set One, to Hao Zheng, by March 27, 2026, as ordered by the Court in its February 25, 2026 Minute Order re Hearing on Ex Parte Application to Shorten Time for Motion to Deem RFA's Admitted[1] and its February 25, 2026 Nunc Pro Tunc Order setting forth the following additional language to the February 25, 2026 Minute Order: "If further responses, without objections, are not timely served the Requests for Admissions are deemed admitted." Accordingly, by operation of the Court's orders relating to the February 25, 2026 hearing, the entirety of M.M.'s Requests for Admission, Set One, to Hao Zheng are deemed admitted.

Dated: March 30, 2026

TRÉPANIER TAJIMA LLP

Patrick Y. Yoo
Attorneys for Plaintiff and Cross-Defendant M.M.

---

[1] Although the Court's February 25, 2026 Minute Order is titled as an Order regarding a hearing on an "Ex Parte Application to Shorten Time for Motion to Deem RFAs Admitted," the Order in fact does not relate to an Ex Parte application. The hearing that took place on February 25, 2026 was on a Motion to Compel Further Responses by Zheng as to RFAs Set One, or In The Alternative, to Deem RFAs Admitted ("MTC"). This MTC was originally noticed for hearing in July 2026, after the trial date, but the Court granted M.M.'s Ex Parte Application for an Order Specially Setting, Advancing, or Shortening the Time for Briefing and Hearing on M.M.'s Motion to Deem RFAs, Set One Admitted, or in the Alternative, to Compel Further Responses to M.M.'s RFAs, Set One ("Ex Parte Application"), a hearing on which took place on January 27, 2026. As a result, the MTC hearing was advanced to February 24, 2026.

On February 24, 2026, the Court mistakenly classified the hearing as a hearing on the already ruled-upon Ex Parte Application. At the hearing, M.M. counsel Patrick Yoo clarified for the Court that the Ex Parte had already been heard on January 27, 2026, and that the hearing that day was for the underlying MTC. The Court therefore continued the MTC hearing to February 25, 2026.

On February 25, 2026, the Court conducted a hearing on the underlying MTC and granted it as to compelling further responses. Accordingly, the Court's February 25, 2026 Minute Order and Nunc Pro Tunc Orders relate to M.M.'s MTC, not an Ex Parte Application, as mistakenly described on the Orders.

## PROOF OF SERVICE

I am over the age of 18 and not a party to the within action. My business address is 4605 Lankershim Blvd., Suite 540, Los Angeles, California 91602.

*M.M. v. Hao Zheng, Hollywood and Vine Residences Association*
*Superior Court of California, Los Angeles County*

On March 30, 2026, I served the following document (s) described as:

**NOTICE OF NON-RECEIPT OF FURTHER RESPONSES FROM HAO ZHENG**

By serving a true copy of the above-described document(s) to:

| | | |
|---|---|---|
| Jeff C. Hsu, Esq.<br>Natalie Z. Fournier, Esq.<br>**Murphy, Pearson, Bradley**<br>**& Feeney, P.C.**<br>550 S. Hope St, Suite 2170<br>Los Angeles, CA 90071<br>213-327-3500<br>JHsu@MPBF.com<br>nfournier@mpbf.com<br>Deannea Jefferson-Legal Assistant<br>for Natalie Z. Fournier<br>djefferson@mpbf.com<br>Brenda Renner-Legal Assistant for<br>Jeff C. Hsu<br>brenner@mpbf.com<br><br>Attorneys for Defendant<br>HOLLYWOOD<br>AND VINE RESIDENCES ASSN | Kim Schumann<br>Michelle L. Arevalo<br>**Schumann Arevalo LLP**<br>30 Corporate Park, Suite 100<br>Irvine, CA 92606<br>714-850-0210<br>schumann@scarlaw.us<br>ml.arevalo@scarlaw.us<br>Rachel DeSantis-Legal Assistant<br>desantis@scarlaw.us<br><br><br>Attorneys for Defendant<br>HOLLYWOOD<br>AND VINE RESIDENCES ASSN | Hao Zheng<br>6250 Hollywood Blvd, Unit 4K<br>Los Angeles CA 90028<br>(last known address per CCP<br>1013(a) and Rule 3.1362 of<br>Court)<br>1229385257@qq.com<br>(last known email address)<br><br>Hao Zheng<br>c/o Court Clerk for Dept. 19<br>Stanley Mosk Courthouse<br>111 N. Hill Street<br>Los Angeles, CA 90012 |

Document(s) were served in the following manner:

☐    by depositing same in a sealed envelope in a U.S. Postal Service mailbox.

☒    by depositing same in a sealed envelope in a U.S. Postal Service mailbox maintained at the office complex of Trépanier Tajima LLP.  **(Hao Zheng only.)**

☐    by depositing same in a sealed envelope in a U.S. Postal Service mailbox at my residence.

☐    by handing same to a messenger courier service or registered process server for delivery by hand in accordance with the instructions provided to the messenger, courier service or registered process server on that same day.

☒    by emailing same to the addressee(s) listed above pursuant to the Code of Civil Procedure sections 1016.6(e), 1013(g) and/or California Rules of Court, Rule 2.251(c)(3).

☐    by depositing same in a sealed envelope and delivering it to an overnight delivery service with instructions to deliver to the addressee(s) above.

TRÉPANIER
TAJIMA LLP
Los Angeles

Case No. 24STCV17698
1

I declare that I am employed in the office of a member of the Bar of the State of California at whose direction this service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 30, 2026, at Los Angeles, California.

Rosy Barboza