United States Bankruptcy Court

Central District of California

| In re: | | Case No. 26-15344-NB |
| --- | --- | --- |
| Hao Zheng | | Chapter 7 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Jun 11, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

**Recip ID          Recipient Name and Address**
db          + Hao Zheng, 750 Alma Ln #8244, Foster City, CA 94404-3290

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jun 13, 2026 | Signature: | /s/Gustava Winters |
| --- | --- | --- |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

**Name                    Email Address**

Chase Tajima
          on behalf of Creditor Matthew Mimiaga chase@tajimallp.com

Chase Tajima
          on behalf of Attorney Chase T. Tajima chase@tajimallp.com

Chase Tajima
          on behalf of Plaintiff M.M. chase@tajimallp.com

Sam S Leslie (TR)
          sleslie@trusteeleslie.com  trustee@trusteeleslie.com;C195@ecfcbis.com

United States Trustee (LA)
          ustpregion16.la.ecf@usdoj.gov

Zheng Liu
          on behalf of Debtor Hao Zheng Andy.Liu@AptumLaw.us
          4662851420@filings.docketbird.com,bjliuzheng@recap.email,hkoscarlam@gmail.com

District/off: 0973-2                                  User: admin                                           Page 2 of 2
Date Rcvd: Jun 11, 2026                              Form ID: pdf042                                        Total Noticed: 1

Zheng Liu
                            on behalf of Plaintiff M.M. Andy.Liu@AptumLaw.us
                            4662851420@filings.docketbird.com,bjliuzheng@recap.email,hkoscarlam@gmail.com


TOTAL: 7

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Chase T. Tajima (SBN 304063)<br>chase@tajimallp.com<br>Patrick Y. Yoo (SBN 302282)<br>patrick@tajimallp.com<br>4605 Lankershim Blvd. Suite 540<br>Los Angeles, CA 91602<br>(323) 487-1101 | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 11 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY ghaltchi   DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for*: M.M. (also known as Matthew Mimiaga) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>Hao Zheng<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:26-bk-15344-NB<br><br>CHAPTER: 7<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*): M.M.

1.  Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a.  *Title of motion*: Motion for Relief from Automatic Stay (dkt 18); ~~and Motion for Remand to California Superior Court~~ A separate order will be entered in the adversary proceeding on Movant's Application for Order Setting Hearing On Shortened Notice (adv. dkt. 3) on Movant's Motion to Remand Removed State Court Action to Los Angeles County Superior Court (adv. dkt. 2).

    b.  *Date of filing of motion:* June 10, 2026

2.  Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: June 10, 2026

3.  Based upon the court's review of the application, it is ordered that:

    a.  ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b.  ☒ The Application is granted, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

(1) ☒   A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date: June 16, 2026** | **Place:** |
| **Time:  10:00 a.m.** | ☒ **255 East Temple Street, Los Angeles, CA 90012** |
| **Courtroom:** 1545 | ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367** |
| | ☐ **3420 Twelfth Street, Riverside, CA 92501** |
| | ☐ **411 West Fourth Street, Santa Ana, CA 92701** |
| | ☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ☐   No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) *Deadlines:* | (B)  *Persons/entities to be provided with telephonic notice:* |
|---|---|
| Date: | |
| Time: | |
| | ☐   See attached page |
| | (C)  *Telephonic notice is also required upon the* United States trustee |

(3) ☒   No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using  the methods set forth below:          ☐   ~~one of the methods checked~~                    ☐  ~~all of the methods checked~~

(A)  ☐  ~~Personal Delivery~~   ☐  ~~Overnight Mail~~   ☐  ~~First class mail~~   ☐  ~~Facsimile*~~   ☐  ~~Email*~~

| (B) *Deadlines for **RECEIPT** of Expedited Service – i.e., overnight mail, personal delivery, facsimile*, email*, or Notice of Electronic Filing ("NEF"):* | (C)  *Persons/entities to be served with written notice and a copy of this order:* |
|---|---|
| Date: June 12, 2026 | **Parties to be served via Expedited Service:** All secured creditors, the debtor(s) and debtor(s)'s attorney, any landlords, any trustee or if there is no trustee then the 20 largest general unsecured creditors, and any person directly affected by the motion (*e.g.,* for a utility motion, the utility providers). |
| Time: 5:00 p.m. | |
| *Deadline to **DEPOSIT** of first class U.S. mail for service on all other creditors:* | **All other parties in interest:** must be served via first class U.S. mail. |
| | ☐   See attached page |
| Date:  June 12, 2026 | (D)  *Service is also required upon*: |
| Time:  prior to collection time for that mailbox. | -- United States trustee *(electronic service is not permitted)* |
| | ~~-- Judge's copy personally delivered to chambers (see Court Manual for address)~~ |

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                  Page 2                          **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:  ☐ ~~one of the methods checked~~  ☐ ~~all of the methods checked~~ Same as above.

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: <br><br> Time: | -- movant's attorney (or movant, if movant is not represented by an attorney) <br><br><br><br> (D) *Service is also required upon*: <br> -- United States trustee (*electronic service is not permitted*) <br> ~~-- Judge's copy personally delivered to chambers (see Court Manual for address)~~ |

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date: <br><br> Time: | -- All persons/entities who filed a written opposition <br><br><br><br> (D) *Service is also required upon*: <br> -- United States trustee (*electronic service is not permitted*) <br> ~~-- Judge's Copy personally delivered to chambers (see Court Manual for address)~~ |

(7) ☒ Other requirements:

*Hearings in Judge Bason's courtroom (1545) are now **simultaneously (1) IN PERSON in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZOOMGOV video, and (3) via ZOOMGOV telephone**. Parties are free to choose from any of these options. For instructions on how to appear via ZoomGov, please see the tentative ruling that will be posted for the first matter on the calendar (i.e., page 1 of the posted tentative rulings). Note that CourtCall (the service that was previously used by this*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Court for telephonic appearances) will not be able to connect to the hearing, but ZoomGov will permit either video or telephonic appearance (at no cost to the user).*

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, ~~and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers~~:

> ☐ at least 2 days before the hearing.
>
> ☒ no later than:      Date: June 12, 2026      Time: 5:00 p.m.

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

### ###

Date: June 11, 2026

Neil W. Bason
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                Page 4                **F 9075-1.1.ORDER.SHORT.NOTICE**