Matthew James Mimiaga

6253 Hollywood Blvd Unit 509

Los Angeles, CA 90028


Le Wang

No. 33 Zhongzhou Road

Langfang, Hebei China 065300


Fan Yang

Unit 4, Building 7, Yachen

Langfang, Hebei China 065300


Ping Zheng

Unit 301, Bidi Road, Yayuan, Southwest St

Foshan, Guangdong China 528100


Xiaocheng Yang

Room 1301, No. 55 Changle Road

Shanghai, China 200031


Xian Wang

Huachunyuan Cultural Center A2 Jinshi

Kunming, Yunnan China 654199