| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SAM S. LESLIE, CPA<br>1130 South Flower Street<br>Suite 312<br>Los Angeles, CA 90015<br>Telephone:  (323) 987-5780<br>Facsimile:   (323) 987-5763<br>Email: trustee@trusteeleslie.com<br><br>☒ Chapter 7 Trustee appearing without an attorney<br>☐ Attorney for chapter 7 Trustee | |

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

| In re:<br><br>HOA ZHENG,<br><br><br><br><br><br><br><br>Debtor. | CASE NO.: 2:26-bk-15344-NB<br>CHAPTER: 7<br><br>**CHAPTER 7 TRUSTEE'S MOTION TO DISMISS BANKRUPTCY CASE AND DECLARATION THAT DEBTOR FAILED TO APPEAR AT TWO 341(A) MEETINGS OF CREDITORS**<br><br>**[LBR 1017-2(b), LBR 9013-1(q)]** |
|---|---|

I am the trustee of this chapter 7 bankruptcy case.  I request that this case be dismissed because the Debtor failed to appear at two or more 341(a) meetings of creditors held pursuant to 11 U.S.C. § 341(a).  I provided written notice to the Debtor of any continued/rescheduled meeting of creditors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:    July 23, 2026

By: _____
Signature of Trustee

Name:    Sam S. Leslie
Printed name of Trustee

---

This form is optional.  It has been approved by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                    **F 1017-2.1.MOTION.DISM.CH7.TRUSTEE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 1130 South Flower Street, Suite 312, Los Angeles, CA 90015.

A true and correct copy of the foregoing document entitled Chapter 7 Trustee's Motion to Dismiss Bankruptcy Case and Declaration that Debtor Failed to Appear at Two 341(a) Meetings of Creditors will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1.      **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On July 23, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Sam S Leslie (TR)      sleslie@trusteeleslie.com, trustee@trusteeleslie.com;C195@ecfcbis.com
Zheng Liu      Andy.Liu@AptumLaw.us, 4662851420@filings.docketbird.com,
bjliuzheng@recap.email,hkoscarlam@gmail.com
Chase Tajima      chase@tajimallp.com, patrick@tajimallp.com,rosy@tajimallp.com,
amy@tajimallp.com
United States Trustee (LA)      ustpregion16.la.ecf@usdoj.gov

☐      Service information continued on attached page

2.      **SERVED BY UNITED STATES MAIL:**  On July 23, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court      Hao Zheng
The Honorable Neil W. Bason      750 Alma Ln #8244
United States Bankruptcy Judge      Foster City, CA 94404
255 East Temple Street
Suite 1552
Los Angeles, CA 90012

☐      Service information continued on attached page

3.      **SERVED BY PERSONAL DELIVERY - N/A:**  Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2026, I arranged for service on the following person as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 23, 2026

Shawn Sterrett

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1. PROOF OF SERVICE**