United States Bankruptcy Court

Central District of California

In re:

Hao Zheng
    Debtor

Case No. 26-15344-NB

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin          Page 1 of 2

Date Rcvd: Jul 23, 2026          Form ID: van23b          Total Noticed: 14

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hao Zheng, 750 Alma Ln #8244, Foster City, CA 94404-3290 |
| aty | + | Chase T. Tajima, Tajima LLP, 4605 Lankershim Blvd., Suite 540, Los Angeles, CA 91602 UNITED STATES 91602-1877 |
| cr | + | Matthew Mimiaga, Tajima LLP, 4605 Lankershim Blvd., Suite 540, Los Angeles, CA 91602 UNITED STATES 91602-1877 |
| 43163432 | | Fan Yang, Unit 4, Building 7, Yachen, Langfang, Hebei China 065300 |
| 43163431 | | Le Wang, No. 33 Zhongzhou Road, Langfang, Hebei China 065300 |
| 43163538 | + | Matthew James Mimiaga, 6253 Hollywood Blvd Unit 509, Los Angeles, CA 90028-8251 |
| 43135750 | + | Mimiaga Matthew James, 4605 Lankershim Boulevard Suite 540, Los Angeles, CA 91602-1877 |
| 43163433 | | Ping Zheng, Unit 301, Bidi Road, Yayuan, Southwest S, Foshan, Guangdong China 528100 |
| 43163436 | | Xian Wang, Huachunyuan Cultural Center A2 Jinshi, Kunming, Yunnan China 654199 |
| 43163435 | | Xiaocheng Yang, Room 1301, No. 55 Changle Road, Shanghai, China 200031 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BSLESLIE | Jul 24 2026 06:12:00 | Sam S Leslie (TR), 1130 South Flower Street, Suite 312, Los Angeles, CA 90015-2143 |
| smg | | EDI: EDD.COM | Jul 24 2026 06:12:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jul 24 2026 06:12:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Jul 24 2026 02:38:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 43125858 | | Mimiaga Matthew James, c/o Chase Tajima, 4605 Lanker |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0973-2                      User: admin                         Page 2 of 2

Date Rcvd: Jul 23, 2026                   Form ID: van23b                      Total Noticed: 14

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                   Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Chase Tajima | on behalf of Creditor Matthew Mimiaga chase@tajimallp.com  patrick@tajimallp.com,rosy@tajimallp.com,amy@tajimallp.com |
| Chase Tajima | on behalf of Plaintiff M.M. chase@tajimallp.com  patrick@tajimallp.com,rosy@tajimallp.com,amy@tajimallp.com |
| Chase Tajima | on behalf of Attorney Chase T. Tajima chase@tajimallp.com  patrick@tajimallp.com,rosy@tajimallp.com,amy@tajimallp.com |
| Sam S Leslie (TR) | sleslie@trusteeleslie.com  trustee@trusteeleslie.com;C195@ecfcbis.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Zheng Liu | on behalf of Plaintiff M.M. Andy.Liu@AptumLaw.us 4662851420@filings.docketbird.com,bjliuzheng@recap.email,hkoscarlam@gmail.com |
| Zheng Liu | on behalf of Debtor Hao Zheng Andy.Liu@AptumLaw.us 4662851420@filings.docketbird.com,bjliuzheng@recap.email,hkoscarlam@gmail.com |

TOTAL: 7

# United States Bankruptcy Court
## Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Hao Zheng

**BANKRUPTCY NO.**  2:26–bk–15344–NB

**CHAPTER**  7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–0000
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 7/23/26

**Address:**
750 Alma Ln #8244
Foster City, CA 94404

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1) The case is dismissed.

2) The automatic stay is vacated.

3) Any discharge entered in this case is vacated.

4) The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: July 23, 2026

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form van23b–odmwab Rev. 06/2017

**45 / SM**